UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

Judge:   BRIAN R. MARTINOTTI                       Date:    01/10/2022
Court Reporter:   Tammera Witte                    Docket No: 2:22-CR-008-BRM

Title of the Case:

UNITED STATES OF AMERICA
v.                                                                          \
ANDRE FULLER

Appearances:

Robert Frazer, AUSA
Andrew Olesnycky, Attorney for Defendant

Nature of Proceedings: **Plea/Via Zoom**

Defendant present & sworn
Covid Order fld.
Waiver of Indictment fld.
Information fld.
Plea: Guilty to Count 1 of the Information
Rule 11 fld.
Plea Agreement fld.
Ordered Sentence date for 05/25/2022 at 10:00 a.m.
Ordered bail continued

                                              Lissette Rodriguez, Courtroom Deputy
                                              to the Hon. Brian R. Martinotti

Commenced: 10:00 am
Concluded:   10:45 am